

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MARK P VALINE,<br>    Debtor | Ch. 13<br>19-14418-JEB |

### Order

**MATTER:**

#53 Chapter 13 Trustee's Motion for Order Dismissing Case for Failure to Make Plan Payments

Having reviewed the Motion, the Debtor having filed a response stating no objection, and good cause being shown, the Motion is allowed and the case dismissed. The hearing on September 3, 2020 is canceled.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 9/1/2020